IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Anderson, Mable | Case Number:  04 B 34890 |
| | Judge:  Squires, John H |
| Printed: 01/13/09 | Filed:  9/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  December 3, 2008
Confirmed:  November 3, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 14,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 10,125.32 |
| Priority: | | 0.00 |
| Administrative: | | 3,155.20 |
| Trustee Fee: | | 719.48 |
| Other Funds: | | 0.00 |
| Totals: | 14,000.00 | 14,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,155.20 | 3,155.20 |
| 2. | Capital One | Unsecured | 723.53 | 552.17 |
| 3. | RoundUp Funding LLC | Unsecured | 735.41 | 561.18 |
| 4. | ECast Settlement Corp | Unsecured | 9,615.19 | 7,338.07 |
| 5. | ECast Settlement Corp | Unsecured | 481.20 | 367.31 |
| 6. | World Financial Network Nat'l | Unsecured | 397.98 | 303.81 |
| 7. | Resurgent Capital Services | Unsecured | 872.11 | 665.45 |
| 8. | Resurgent Capital Services | Unsecured | 442.00 | 337.33 |
| 9. | Standard Federal Savings Bank | Secured | | No Claim Filed |
| 10. | Direct Tv | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 16,422.62 | $ 13,280.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 78.21 |
| 4% | 28.12 |
| 3% | 62.82 |
| 5.5% | 154.00 |
| 5% | 50.74 |
| 4.8% | 37.68 |
| 5.4% | 307.91 |
| | $ 719.48 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Anderson, Mable

Printed: 01/13/09

Case Number:  04 B 34890
Judge:  Squires, John H
Filed:  9/20/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

